UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHELE R. NAVRKAL, | Civil No. 6:22-cv-00694-MC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

    The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the ALJ shall: offer Plaintiff the opportunity for a new administrative hearing; reevaluate Plaintiff's symptom allegations, as necessary; reevaluate the evidence, including the prior administrative medical findings and medical opinions and nonmedical source opinions; and issue a new decision.

    Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

    IT IS SO ORDERED this __6th__ day of __July__, 2023.

                                            s/Michael J. McShane
                                          UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2748